# Exhibit 2

Case 1:17-cv-00654-SS   Document 1-2   Filed 07/05/17   Page 2 of 4



HOME     ABOUT US     COUPONS     SERVICES     CONTACT




Have a question? Call us now
**(512) 251-2195**


we respond to water-based emergencies
**24/7 – 52 weeks a**


Need support? Drop us an email
**info@supersteamit.com**

# ABOUT US



Company History



# COUPONS





### When puppys attack your home
Pet probelms are no joke stains are not funny and the smell o.m.g Call Super Steam today for profesional cleaning of pet stains on carpet area rugs and or wood floors and tile and grout. just seat back and relax and let the pros at SuperSteam fix it! call today 512 251 2195

Coupon Code:20151

**SMELLS GOOD**