# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

### CASE NO.: 1:17-cv-00654

ANDREW TAKANO,

        Plaintiff,

v.

SUPER STEAM OF AUSTIN, INC.,

        Defendant.

_____

## DECLARATION OF JOEL B. ROTHMAN IN SUPPORT OF MOTION FOR ENTRY OF CLERK'S DEFAULT

I, Joel B. Rothman, declare and say:

1.      I am an attorney duly licensed to practice before this Court, and I am counsel for Plaintiff ANDREW TAKANO ("Plaintiff") in the above-captioned matter. I make this Declaration, which is filed in support of Plaintiff's Motion for Entry of Clerk's Default, and I could and would testify competently to the matters set forth herein.

2.      On July 5, 2017, Plaintiff filed its Complaint against Defendant Super Steam of Austin, Inc. ("Super Steam") [ECF 1].

3.      On July 24, 2017, Super Steam was served with the Summons and a copy of the Complaint by personal service, by serving its Registered Agent, David E. Carter, 2210 South 57th Street, Temple, TX 76501. Attached hereto as Exhibit "A" is a true and correct copy of the Affidavit of Service on file with the Court, reflecting that Super Steam was served by personal service with its Summons and a copy of the Complaint.

4.      The time allowed for Super Steam to respond to the Complaint has expired.

5.      Super Steam has not been granted an extension of time to respond to the Complaint.

6.      Super Steam has failed to answer or otherwise respond to the Complaint, or serve a copy of its Answer or other response upon Plaintiff's attorneys of record.

7.      I am informed and do not believe that Super Steam is an infant or incompetent person, and, upon information and belief, the Servicemembers Civil Relief Act does not apply.

I declare under perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 17, 2017 at Boca Raton, Florida.

_____
Joel B. Rothman

**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL  33431

# Exhibit

# A

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## WESTERN DISTRICT OF TEXAS

| | ) | |
|---|---|---|
| | ) | |
| | ) | |
| Andrew Takano | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:17-cv-00654 |
| | ) | |
| | ) | |
| | ) | |
| Super Steam of Austin, Inc. | ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Super Steam of Austin, Inc.
Serve: Registered Agent
David E. Carter
2210 South 57ᵗʰ Street
Temple, TX 76501

2174 Pflugerville Rd E
Pflugerville Tx 78666

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joel B. Rothman
Schneider Rothman Intellectual Property Law Group, PLLC
4651 North Federal Highway
Boca Raton, FL 33431
561.404.4350 – Telephone   joel.rothman@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JEANNETTE J. CLACK**
*CLERK OF COURT*

Date: _____July 6, 2017_____

Deanna Massie

*Signature of Clerk or Deputy Clerk*



CTH: 7/14/17 @ 11PM

Majestic Process 1008 North Lakeside Drive, Lake Worth, Florida 33460  561 533-0330

## Return of Service

Case No:  1:17 cv 654                              Court: United States District, Western Texas

Plaintiff:  ANDREW TAKANO

Defendant:  SUPER STEAM OF AUSTIN, INC.

Hearing Date:  21 days
Process:  Summons, Complaint for Copyright Infringement, Exhibits
For:  Joel B Rothman, Esq.
        Schneider Rothman IP Law Group, PLLC

TO BE SERVED ON:                    SUPER STEAM OF AUSTIN, INC.
                                    c/o Registered AGent David E Carter
                                    2174 Pflugerville E Road, Pflugerville, Texas  78660

    Majestic Process received this process on  July 6, 2017 at 6:45 p.m.

    I,  ___JERRY  MELBER___ , executed service on  ____JULY  24____  20_17_ .
at ___2:10_____ am/pm.
    I delivered a copy of this process in accordance with state statutes in the manner below:


__✓__ CORPORATE SERVICE:  Served  ___DAVID  E. CARTER_____ as
                                  _____REGISTERED  AGENT_____

_____NON SERVICE:  For the reasons in the comments below.


DESCRIPTION:  sex _MALE_ age _45_ race _WHITE_ height _6'0"_ weight _175 lbs_ hair _BROWN_
                          eyes _BROWN_ other marks _____·_____
COMMENTS:



I certify that I am over the age of 18, have no interest in the above action, and have proper authority in the
jurisdiction in which this service was made.  Under penalty of perjury, I declare that the facts set forth in the
foregoing Return of Service are true and correct.


Process Server # _N/A_____
In Good Standing in the Court
 in which this was served