IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



ANDREW TAKANO,
        Plaintiff,

-vs-                                                                                  Case No. A-17-CA-654-SS

SUPER STEAM OF AUSTIN, INC.,
        Defendant.

## ORDER

BE IT REMEMBERED on this day the Court entered reviewed the file in the above-styled cause and notes Plaintiff has filed a second motion for entry of final default judgment of default and a motion to vacate the final judgment entered November 27, 2017. Therefore, the Court enters the following order:

        IT IS ORDERED that Plaintiff's Motion to Amend Judgment [#14] is DISMISSED as moot.

SIGNED this the 12th day of December 2017.

                                                            /s/ Sam Sparks
                                                UNITED STATES DISTRICT JUDGE