UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

CASE NO.: 1:17-cv-00654

ANDREW TAKANO,

    Plaintiff,

v.

SUPER STEAM OF AUSTIN, INC.,

    Defendant.

## ORDER VACATING FINAL JUDGMENT ENTERED AT DE 12 AND GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT SUPER STEAM OF AUSTIN, INC. AND FINAL JUDGMENT

This matter came before the Court upon Plaintiff's Motion for Entry of Final Judgment against defendant SUPER STEAM OF AUSTIN, INC. and Motion to Vacate Final Judgment Entered November 27, 2017 at Docket Entry 12.

The Court, having reviewed the pleadings and being fully advised in the premises, and for good cause shown, hereby **GRANTS** the Motion, vacates the Final Judgment entered at Docket Entry 12, and determines that the Plaintiff, ANDREW TAKANO shall recover damages from the defendant SUPER STEAM OF AUSTIN, INC., in the following amounts:

A. **Copyright Infringement**:

    1. For statutory damages for copyright infringement: **$90,000.00;**

B. **Removal of Copyright Management Information**:

    1. For statutory damages for removal of copyright management information: **$25,000.00;**



C.  **Attorney's Fees and Costs**

    1. For reasonable attorney's fees: **$7,279.50**;

    2. For costs: **$641.65**;

TOTAL RECOVERY FOR ANDREW TAKANO: **$122,921.15**

ADDITIONALLY, THE COURT ALSO AWARDS PREJUDGMENT INTEREST on the total sum at the annual percentage rate calculated pursuant to 28 U.S.C. § 1961 from March 7, 2015 through the date of this judgment.

POST JUDGMENT INTEREST IS PAYABLE on all the above amounts allowable by law from the date this judgment is entered until the date this judgment is paid.

The Court orders execution to issue for this judgment.

The Court denies all relief not granted in this judgment.

This is a FINAL JUDGMENT.

**SO ORDERED**

THIS 12th DAY OF DECEMBER 2017

_____
HONORABLE SAM SPARKS
UNITED STATES DISTRICT JUDGE